THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE 
 CITED OR RELIED ON IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Lee Jones,       
Appellant.
 
 
 

Appeal From Cherokee County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.
2004-UP-215
Submitted January 29, 2004  Filed March 29, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of 
 Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondents.
 
 
 

PER CURIAM:  James Lee 
 Jones was convicted of two counts of distribution of marijuana and sentenced 
 to fifteen-years imprisonment on each charge.  Jones was also convicted of two 
 counts of distribution of Klonopin, a schedule IV controlled substance, and 
 sentenced to five years imprisonment for each count, with all sentences to run 
 concurrently.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Joness counsel attached a petition to be relieved as counsel.  Jones filed 
 a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Joness appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTRIDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.